Dismissed and
Memorandum Opinion filed May 10, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00260-CV

____________

 

NICOLE HILL AKA NICOLE HOLTZ, Appellant

 

V.

 

TOOTSIES, INC., Appellee

 

 



On Appeal from the County Civil Court at
Law No. 4

Harris County, Texas

Trial Court Cause No. 969651

 

 

 



M E M O R
A N D U M   O P I N I O N

            This is an appeal from a judgment signed December 9, 2010. 
Appellant filed a timely motion for new trial.  The notice of appeal was due
March 9, 2011.  See Tex. R. App.
P. 26.1.  Appellant, however, filed a notice of appeal on March 11, 2011,
a date within 15 days of the due date for the notice of appeal.  See
Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997).  Appellant did not
file a motion to extend time to file the notice of appeal.  On April 12, 2011,
we ordered appellant to file a motion to extend time to file the notice of
appeal on or before April 22, 2011 containing the required information.  See
Tex. R. App. P. 26.3; 10.5(b). 
Appellant did not file a motion.  We, therefore, dismiss the appeal.  See Tex. R. App. P. 42.3.

 

                                                                        PER
CURIAM

 

 

Panel consists of Chief Justice
Hedges and Justices Seymore and Boyce.